IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ANDREA ANN EUBANKS, | No. 16-cv-5231-CRB |
| Appellant | **ORDER DISMISSING CASE** |

The Court has carefully reviewed the Certification by Bankruptcy Judge and Recommendation to Dismiss Appeal filed in this case. See Certification (dkt. 5).  In light of appellant's failure to perfect the appeal in the manner prescribed by Bankruptcy Rule 8009, the Court DISMISSES the appeal.

**IT IS SO ORDERED.**

Dated: January 10, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE